UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SAMUEL CISNEROS; MARGARITA LOPEZ ALDANA, | No. 06-71367 |
| Petitioners, | Agency Nos. A075-702-791 A075-702-792 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | ORDER |
| Respondent. | |

Before:     ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Samuel Cisneros and Margarita Lopez Aldana, spouses and natives and citizens of Mexico, petition pro se for review of an order of the Board of Immigration Appeals ("BIA") denying their motion to reopen removal proceedings to apply for adjustment of status.

Cisneros and Lopez Aldana are the beneficiaries of I-130 visa petitions filed by their U.S. citizen daughter. It appears from the U.S. Citizenship and Immigration Services website that the I-130 visa petitions have been granted and visas are immediately available to both petitioners. We therefore refer the matter to mediation by the court's mediation office.

NHY/Research

We have determined that the appointment of pro bono counsel in this matter would benefit the mediation process. The Clerk shall enter an order appointing pro bono counsel to represent Cisneros and Aldana for purposes of this mediation only.

If Cisneros or Aldana objects to the court's appointment of counsel in this mediation, he or she shall file a written objection within 14 days after the filing date of this order.